Case 06-09927   Doc 30   Filed 06/24/08   Entered 06/24/08 09:45:31   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Lewis, Lynette | Case Number:  06 B 09927 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  8/15/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 24, 2008
Confirmed: October 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,075.00 | |
| Secured: | | 14,862.47 |
| Unsecured: | | 2,272.33 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 932.24 |
| Other Funds: | | 7.96 |
| Totals: | 18,075.00 | 18,075.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 32,933.58 | 14,862.47 |
| 4. | RJM Acquisitions LLC | Unsecured | 36.28 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 10,682.34 | 2,218.16 |
| 6. | Midland Credit Management | Unsecured | 260.86 | 54.17 |
| 7. | Cardholder Services | Unsecured | | No Claim Filed |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 9. | CBCS | Unsecured | | No Claim Filed |
| 10. | Pay Day Loans | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 43,913.06 | $ 17,134.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 347.04 |
| 5.4% | 585.20 |
| | _____ |
| | $ 932.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lewis, Lynette | Case Number:  06 B 09927 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  8/15/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

                                    _____